UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL CROTHER, et al.,

Plaintiffs,

v.

MAXIM HEALTHCARE SERVICES INC,

Defendant.

Case No. 15-cv-02912-VC

**ORDER RE LEAVE TO AMEND**

Re: Dkt. No. 17

The unopposed motion for leave to file an amended complaint (Docket No. 17) is granted.

**IT IS SO ORDERED.**

Dated: August 25, 2015

_____

VINCE CHHABRIA
United States District Judge