UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CROTHER, et al., | Case No.  15-cv-02912-VC |
| Plaintiffs, | |
| v. | **ORDER DISMISSING CASE WITHOUT PREJUDICE** |
| MAXIM HEALTHCARE SERVICES INC, | Re: Dkt. Nos. 47, 49 |
| Defendant. | |

This case is dismissed without prejudice in light of the parties' stipulation and supplemental brief.  ECF Nos. 47, 49.  The Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

Dated: November 18, 2016

VINCE CHHABRIA
United States District Judge